UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
AT DENVER

FILED
BRADFORD L. BOUCH
CLERK
2003 DEC -4 PM 3:36
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

PAUL A. WEXLER,

    Debtor.

Bankruptcy Case No. 03-27669-SBB

ADV. NO. 03-2087 EEB

Bank One Delaware, NA f.k.a. First USA,

    Plaintiff,

v.

PAUL A. WEXLER,

    Defendant.

COMPLAINT OBJECTING TO
DISCHARGEABILITY OF
INDEBTEDNESS
(11 U.S.C. § 523)

COMES NOW Plaintiff, by and through its attorney of record, Matthew R. Cleverley, to allege and complain as follows:

### I. PARTIES AND JURISDICTION

1. Plaintiff is a foreign corporation licensed to do business in the State of Colorado with all fees and licenses paid, and otherwise is entitled to bring this action.

2. Defendant filed a Chapter 7 bankruptcy petition on 09/05/2003.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core matter.

4. Plaintiff is a creditor in this bankruptcy proceeding.

### II. CAUSE OF ACTION

5. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 4, above.

6. Defendant had a charge account with Bank One Delaware, NA f.k.a. First USA, Account No. 5546083011067309.

7. Defendant incurred charges and cash advances on this account totaling $24,378.63, including interest, as of 09/05/2003, the date the bankruptcy petition was filed.

8. Between 07/11/2003 and 08/12/2003, Defendant accumulated $12,135.20 in retail charges.

9. $12,135.20 of these transactions were made within the presumption period.

10. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(a).

11. By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on the account, Defendant represented an intention to repay the amounts charged.

12. Plaintiff reasonably relied on the representations made by Defendant.

13. Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

14. Defendant obtained credit extended from Plaintiff by false pretenses, false representations and/or actual fraud.

15. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $12,135.20.

16. Pursuant to 11 USC § 523(a)(2), Defendant should not be granted a discharge of this debt to the Plaintiff in the amount of $12,135.20.

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $12,135.20 plus accrued interest at the contractual rate from and after 09/05/2003, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3. An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED December 3, 2003.

                               Attorney for Plaintiff
                               MATTHEW R. CLEVERLEY
                               McKINSTRY & DIVISION LAW FIRM
                               P.O. BOX 987
                               SUQUAMISH, WA 98392
                               Phone: 360-598-4952

I certify that I am admitted to the U.S. District Court for the District of Colorado pursuant to L.B.R. 910.

                               MATTHEW R. CLEVERLEY

Page 3 – COMPLAINT
OBJECTING TO
DISCHARGEABILITY
OF INDEBTEDNESS
5546083011067309

| B104 (3/87) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER 03-2087 EEB |
|---|---|---|
| **PLAINTIFFS** Bank One Delaware, NA f.k.a. First USA | | **DEFENDANT** PAUL A. WEXLER |
| **ATTORNEYS** MATTHEW R. CLEVERLEY McKINSTRY & DIVISION LAW FIRM P.O. BOX 987 SUQUAMISH, WA 98392 | | **ATTORNEYS** BARTON S. BALIS ATTORNEY AT LAW 728 PEARL ST BOULDER, CO 80302-5006 |

PARTY (Check One Only)  ___ U.S. PLAINTIFF  ___ U.S. DEFENDANT  _X_ U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S STATUTES INVOLVED)

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS**
**11 U.S.C. SECTION 523**

**NATURE OF SUIT**
(Check the most appropriate only)

- ___ 454 To recover money of property
- ___ 435 To determine validity, priority, or extent of a lien or other interest in property.
- ___ 458 To obtain approval for the sale of both the interest of the estate and of co ownership in property.
- ___ 424 To object to or revoke a discharge or interest 11 U.S.C. Section 727.
- ___ 435 To revoke an order or confirmation of Chap. 11 or Chap. 13 Plan.
- _X_ 426 To determine the dischargeability of a debt 11 U.S.C. Section 523.
- ___ 434 To obtain an injunction or other equitable relief.
- ___ 457 To subordinate any allowed claim or interest
- ___ 456 To obtain a declaratory judgment relating to any of the foregoing causes.
- ___ 459 To determine a claim or cause of action removed to a bankruptcy court.
- ___ 498 Other(specify)

**ORIGIN OF PROCEEDINGS** (Check one only)
_X_ Original Proceeding   ___ Removed Proceeding   ___ Transferred to another Bankruptcy Court   ___ Reinstated or Reopened

___ CHECK HERE IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND $12,135.20 | NEAREST THOUSAND $12,000.00 | OTHER RELIEF SOUGHT Attorney's fees & costs | ___ Jury Demanded |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR PAUL A. WEXLER | BANKRUPTCY CASE NUMBER 03-27669-SBB |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING DISTRICT OF COLORADO | DIVISIONAL OFFICE | NAME OF JUDGE SIDNEY B. BROOKS |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE (Check one only)  _X_ FEE ATTACHED  ___ FEE NOT REQUIRED  ___ FEE IS DEFERRED

| DATE December 3, 2003 | PRINT NAME OF ATTORNEY MATTHEW R. CLEVERLEY | SIGNATURE OF ATTORNEY |
|---|---|---|